UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10009-CIV-KING-WHITE

NEUDIS INFANTES HERNANDEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER AFFIRMING REPORT OF MAGISTRATE JUDGE
AND DISMISSING CASE**

THIS CAUSE comes before the Court upon the filing of a Report of Magistrate Judge Patrick A. White (D.E. #19) filed May 23, 2008, in the above-styled case.

Accordingly, upon review of the record, it is hereby

ORDERED and ADJUDGED as follows:

1)    That the Magistrate's Report and Recommendation be, and the same is hereby, **AFFIRMED**.

2)    That based on said Report and Recommendation, the Motion to Vacate pursuant to 28 U.S.C. §2255, in the above-styled action be, and the same is hereby, **DENIED**.

3)    That the above-styled case be, and the same is hereby **DISMISSED**.

4)    That the Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 28th day of May, 2008.

                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Patrick A. White

       Neudis Infantes Hernandez, Pro Se
       Reg. No. 39057-004
       FCI - Fort Dix
       Federal Correctional Institution
       P.O. Box 2000
       Fort Dix, NJ 08640-0902

       Anne Ruth Shultz, AUSA
       Harry C. Wallace, Jr., AUSA